IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**DONALD TODD SMITH,**

    Petitioner,

v.                                                  Civil Action No. **3:19CV701**

**WARDEN J. ANDREWS,**

    Respondent.

**MEMORANDUM OPINION**

Petitioner, a federal inmate proceeding *pro se*, submitted a 28 U.S.C. § 2241 petition. By Memorandum Order entered on October 30, 2019, the Court directed Petitioner, within eleven (11) days of the date of entry thereof, to pay the $5.00 filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. The Court warned Petitioner it would dismiss the action if Petitioner did not pay the filing fee or explain any special circumstances that would warrant excusing payment of the filing fee. More than eleven (11) days have elapsed since the entry of the October 30, 2019 Memorandum Order and Petitioner has not responded. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

Date: 25 November 2019
Richmond, Virginia

/s/ *[signature]*
John A. Gibney, Jr.
United States District Judge